AO-10
Rev. 1/97

# AMENDED FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 101-112)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, first, middle initial)<br><br>KENNEDY, CORNELIA G. | 2. Court or Organization<br><br>COURT OF APPEALS FOR THE SIXTH CIRCUIT | 3. Date of Report<br><br>8/9/04 |
| 4. Title  (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>CIRCUIT JUDGE - SENIOR | 5. Report Type (check appropriate type)<br><br>____ Nomination, Date __/__/__<br>____ Initial   X  Annual ____ Final | 6. Reporting Period<br><br>1/1/2003-12/31/2003 |
| 7. Chambers or Office Address<br>744 Federal Building<br>Detroit, MI  48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only;  see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☒  NONE  (No reportable positions)

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒  NONE  (No reportable agreements)

FINANCIAL DISCLOSURE OFFICE

Aug 16  11 12 AM '04

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☒  NONE  (No reportable non-investment income)

| | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ NONE (No such reportable gifts) | | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| NONE (No reportable liabilities) | | | |
| 1 | Bank One. Detroit. MI | Guaranteed Mortgage on home owned by household employee located in St. Clair Shores, MI | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

VALUE CODES  J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 to $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P = More than $1,000,000

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 if Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period If not exempt from disclosure | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type e.g., div., rent or int. | (1) Value Code 2 (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., by, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1  American Tel & Tel | A | Div | J | T | | | | | |
| 2  Bell Atlantic (Name Change: Verizon Com. | B | Div | K | T | | | | | |
| 3  Bell South | B | Div | K | T | | | | | |
| 4  Avery International | C | Div | M | T | | | | | |
| 5  Bristol Myers | D | Div | M | T | | | | | |
| 6  Chevron | D | Div | M | T | | | | | |
| 7  Corning Glass | | None | K | T | | | | | |
| 8  DuPont | C | Div | L | T | | | | | |
| 9 | | | | | | | | | |
| 10. | | | | | | | | | |
| 11  Exxon | C | Div | M | T | | | | | |
| 12  Florida Power and Light | D | Div | M | T | | | | | |
| 13  General Electric | D | Div | O | T | | | | | |
| 14  General Mills | C | Div | M | T | | | | | |
| 15  IBM | C | Div | N | T | | | | | |
| 16  Morgan & Co | D | Div | M | T | | | | | |
| 17  Pepsico | C | Div | M | T | | | | | |
| 18 | | | | | | | | | |
| 19  T Rowe Price Tax Free Inc. Fund | C | Int | L | T | Buy | var | J | | |
| 20  U.S. Bonds | B | Int | K | T | | | | | |
| 21  Comerica Bank - | A | Int | K | T | | | | | |

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. 1 Code (A-H) | (2) Type e.g. div, rent or int. | (1) Value 2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. by, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| | | | | | | | | | |
| 45 Lucent Tech. | | None | J | T | | | | | |
| 46 | | | | | | | | | |

47. Darden Restaurant, Inc.    A    Div    L    T

48. ING Group N.V.    C    Div    L    T

49. Quest Diagnostics    A    Div    K    T

50. Convance    None    J    T

51. Grand Traverse County Wastewater bond    A    Int    K    T

52. Saline Michigan - Water and Sewer Bond    A    Int    J    T

53.

54. AVAYA    NONE    J    T

55. Agere (From Lucent)    None    J    T

56. Comcast (From AT&T)    None    J    T

57. Zimmer (From Bristol Myers)    None    L    T

58. Colgate    A    Div    J    T    Buy    9/15    J

59. Yum Brands (From Pepsico)    None    K    T

60. Farmington Hills Bond    A    Int    K    T    Buy    9/17    K

- 5 -

61. Tuscola County Bond      A      Int      K      T      Buy      4/15      K

| 1 | Income/Gain Codes | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 |
|---|---|---|---|---|
| | D=$5,001 to $15,000 | | | |
| | (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$$100,001 to $1,000,000 |
| | H=More than $1,000,000 | | | |

| 2 | Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 |
|---|---|---|---|---|
| | M=$100,001 to $250,000 | | | |
| | (See Col. C1 & D3) | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 |

| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assesment |
|---|---|---|---|---|
| | T=Cash/Market | | | |
| | (See Col. C2) | U=Book Value | V=Other | W=Estimated |

# VIII. ADDITIONAL INFORMATION or EXPLANATIONS.   (Indicate part of Report).

Where stock are marked buy, var those purchases are through dividend reinvestment programs.

## IX. CERTIFICATION.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____                     Dated: August 9, 2004

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS
        REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, 104, AND
        18 U.S.C. 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

                                Committee on Financial Disclosure
                                Administrative Office of the
                                United States Courts
                                Washington, D.C. 20544

RECEIVED Aug 16 11 19 AM '04 FINANCIAL DISCLOSURE OFFICE

- 7 -

AO-10
Rev. 1/97

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 101-112)

| 1. Person Reporting (Last name, first, middle initial)<br><br>KENNEDY, CORNELIA G. | 2. Court or Organization<br><br>COURT OF APPEALS FOR THE SIXTH CIRCUIT | 3. Date of Report<br><br>4/27/04 |
|---|---|---|
| 4. Title  (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>CIRCUIT JUDGE - SENIOR | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date __ / / __<br>Initial    X  Annual         Final | 6. Reporting Period<br><br>1/1/2003-12/31/2003 |
| 7. Chambers or Office Address<br>744 Federal Building<br>Detroit, MI  48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only;     see pp. 9-13 of Instructions.)

POSITION                    NAME OF ORGANIZATION/ENTITY

☒ NONE  (No reportable positions)

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of Insturctions.)

DATE                         PARTIES AND TERMS

☒ NONE  (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

DATE                  SOURCE AND TYPE                                   GROSS INCOME
(yours, not spouse's)

☒ NONE  (No reportable non-investment income)

| | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

RECEIVED 2004 MAY 11 A 10:03 FINANCIAL DISCLOSURE OFFICE

- 1 -

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

VALUE CODES: J = $15,000 or less. K = $15,001 - $50,000. L = $50,001 - $100,000. M = $100,001 to $250,000. N = $250,001 - $500,000. O = $500,001 - $1,000,000. P = More than $1,000,000

d depen ee pp.

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | | | | | | If not exempt from disclosure | | | |
| | (1) Amt. 1 Code (A-H) | (2) Type e.g., div., rent or int.) | (1) Value 2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., by, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 American Tel & Tel | A | Div | J | T | | | | | |
| 2 Bell Atlantic (Name Change: Verizon Com. | B | Div | K | T | | | | | |
| 3 Bell South | B | Div | K | T | | | | | |
| 4 Avery International | C | Div | M | T | | | | | |
| 5 Bristol Myers | D | Div | M | T | | | | | |
| 6 Chevron | D | Div | M | T | | | | | |
| 7 Corning Glass | | None | K | T | | | | | |
| 8 DuPont | C | Div | L | T | | | | | |
| 9 | | | | | | | | | |
| 10. | | | | | | | | | |
| 11 Exxon | C | Div | M | T | | | | | |
| 12 Florida Power and Light | D | Div | M | T | | | | | |
| 13 General Electric | D | Div | O | T | | | | | |
| 14 General Mills | C | Div | M | T | | | | | |
| 15 IBM | C | Div | N | T | | | | | |
| 16 Morgan & Co | D | Div | M | T | | | | | |
| 17 Pepsico | C | Div | M | T | | | | | |
| 18 | | | | | | | | | |
| 19 T Rowe Price Tax Free Inc. Fund | C | Int | L | T | Buy | var | J | | |
| 20 U.S. Bonds | B | Int | K | T | | | | | |
| 21 Comerica Bank - | A | Int | K | T | | | | | |

| 22 Bank One formerly National Bank of Detroit - | D | Int | N | T | | | | |
|---|---|---|---|---|---|---|---|---|

## VII. Page 2 INVESTMENTS and TRUSTS  -- income, value, transactions  (Includes those of spouse and dependent children. See pp. 37-54 if Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period If not exempt from disclosure | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. 1 Code (A-H) | (2) Type e.g., div., rent or int.) | (1) Value 2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., by, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 23 Oil Royalty Int, Isabella County, MI | A | Roya | J | W | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 American General (Name Change: American International Group) | A | Div | L | T | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 T. Rowe Price Equity Inc. Fund | B | Div | K | T | | | | | |
| 30 | | | | | | | | | |
| 31 Tax Exempt Portfolio - Raymond James -formerly Roney & Co. | A | Int | M | T | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children. See pp. 37-54 if Instructions.)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KENNEDY, CORNELIA G. | 4/27/04 |

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse; "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period (If not exempt from disclosure) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code (A-H) | (2) Type e.g., div., rent or int.) | (1) Value 2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., by, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| | | | | | | | | | |
| 45 Lucent Tech. | | None | J | T | | | | | |
| 46 | | | | | | | | | |
| 47. Darden Restaurant, Inc. | A | Div | L | T | | | | | |
| 48. ING Group N.V. | C | Div | L | T | | | | | |
| 49 Quest Diagnostics | A | Div | K | T | | | | | |
| 50. Convance | | None | J | T | | | | | |
| 51. Grand Traverse County Wastewater bond | A | Int | K | T | | | | | |
| 52. Saline Michigan - Water and Sewer Bond | A | Int | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. AVAYA | NONE | | J | T | | | | | |
| 55. Agere (From Lucent) | None | | J | T | | | | | |
| 56. Comcast (From AT&T) | None | | J | T | | | | | |
| 57. Zimmer (From Bristol Myers) | None | | L | T | | | | | |
| 58. Colgate | A | Div | J | T | Buy | 9/15 | J | | |
| 59 Yum Brands (From Pepsico) | | None | K | T | | | | | |
| 60. Farmington Hills Bond | A | Int. | K | T | Buy | 9/17 | K | | |

| 51. Tuscola County Bond | A | Int | K | T | Buy | 4/15 | K |

| 1 | Income/Gain Codes (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 |
|---|---|---|---|---|
| | D=$5,001 to $15,000 | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$$100,001 to $1,000,000 |
| | H=More than $1,000,000 | | | |
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 |
| | M=$100,001 to $250,000 | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assement |
| | T=Cash/Market | U=Book Value | V=Other | W=Estimated |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report).

Where stock are marked buy, var those purchases are through dividend reinvestment programs.

# K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature [signature redacted]

Date May 03, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544